December 1, 1980.

429 A.2d 747

Bacon, Appellant v. Gatter D. O. et al.

Argued September 11, 1979. Spencer M. Worthimer, for appellant; Joseph R. Siegert, for appellee.

Before CERCONE, P. J., and WATKINS and HOFFMAN, JJ.

Order affirmed.

429 A.2d 747

Commonwealth v. Alexander, Appellant.

Submitted March 21, 1980. Edward F. Kane, for appellant; Ronald T. Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, CAVANAUGH and WATKINS, JJ.

Judgment of sentence affirmed.